**Order entered September 1, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00577-CV

### IN THE INTEREST OF I.P., A CHILD

**On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-00991**

### ORDER

Before the Court is appellant's August 31, 2022 unopposed motion for a second extension of time to file her brief. Appellant seeks an extension of twenty-one days due, in part, to the recent filing of a supplemental clerk's record.

We **GRANT** the motion and **ORDER** the brief be filed no later than September 26, 2022.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE